

1  McGREGOR W. SCOTT
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2790

FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-CR-289 MCE |
| Plaintiff, ) | **ORDER TO SEAL** |
| ) | **(Under Seal)** |
| v. ) | |
| JIMMY JOSEPH COYLE, ) | |
| Defendant. ) | |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney William S. Wong to seal the indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of defendant, JIMMY JOSEPH COYLE or until further order of the Court.

DATED: June 19, 2008

_____
KIMBERLY J. MUELLER
United States Magistrate Judge

3