

JUN **1 9** 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
      v.                            )
                                    )
SEALED,                             )
                                    )
            Defendant.              )
_____)

### SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until defendant, JIMMY JOSEPH COYLE is arrested or until further order of the Court.

DATED: June _19_, 2008

_____
KIMBERLY J. MUELLER
United States Magistrate Judge

4