**FILED**
November 4, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>                    Plaintiff,              )<br>v.                                                          )<br>                                                              )<br>JIMMY JOSEPH COYLE,                 )<br>                                                              )<br>                    Defendant.           ) | Case No. CR. S-08-0289 MCE<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JIMMY JOSEPH COYLE</u>, Case No. <u>CR. S-08-0289 MCE</u>, Charge <u>Title 18 USC § 922(g)(9)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  Release on Personal Recognizance

    X   Bail Posted in the Sum of $ _25,000.00_

        X   Unsecured Appearance Bond

        __  Appearance Bond with 10% Deposit

        __  Appearance Bond with Surety

        __  Corporate Surety Bail Bond

        X   (Other)   _With Pretrial Services Supervision of conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  <u>Sacramento, CA</u>  on  <u>November 4, 2008</u>  at  _2:20_  pm.

                                                        By  _/s/ Dale A. Drozd_
                                                            Dale A. Drozd
                                                            United States Magistrate Judge