DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
LARRY C. RILEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JIMMY JOSEPH COYLE,<br><br>              Defendant.<br>_____ | No. 2:08-cr-289 MCE<br><br>STIPULATION AND ORDER CONTINUING<br>CASE AND EXCLUDING TIME<br><br>Date:  February 19, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's February 19, 2009, calendar, that it be continued until March 26, 2009, at 9:00 a.m., and that time should be excluded between February 19, 2009, and March 26, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

///

1   This continuance is sought to permit time for preparation and
2 consultation with government counsel and with Mr. Coyle regarding
3 alternative courses of action, including possible resolution without
4 trial.

5   **IT IS SO STIPULATED.**

6

7 Dated:  February 18, 2009        /s/ William S. Wong
                                   WILLIAM S. WONG
8                                  Assistant United States Attorney
                                   Counsel for Plaintiff
9

10
11 Dated:  February 18, 2009        /s/ Jeffrey L. Staniels
                                    Jeffrey L. Staniels
                                    Assistant Federal Defender
12                                  Counsel for Defendant
                                    JIMMY JOSEPH COYLE
13

14                          **O R D E R**

15
   **IT IS SO ORDERED.**
16

17
 Dated: February 20, 2009
18

19
                                   _____
20                                 MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

Stipulation & Order
Continuing Case and Excluding Time      2