DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JIMMY JOSEPH COYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-00289 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| JIMMY JOSEPH COYLE, | |
| Defendant. | Date: April 30, 2009<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's April 30, 2009, calendar, that it be continued until May 21, 2009, at 9:00 a.m., and that time should be excluded between April 30, 2009, and May 21, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought to permit time for preparation and consultation with government counsel and with Mr. Coyle regarding

alternative courses of action, including possible resolution without trial.

**IT IS SO STIPULATED.**


Dated: April 29, 2009          /s/ William S. Wong
                               WILLIAM S. WONG
                               Assistant United States Attorney
                               Counsel for Plaintiff


Dated: April 29, 2009          /s/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               JIMMY JOSEPH COYLE

**O R D E R**

**IT IS SO ORDERED.**

Dated: April 29, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE