1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   JIMMY JOSEPH COYLE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:08-cr-289 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME |
| JIMMY JOSEPH COYLE, | |
| Defendant. | Date:  May 21, 2009<br>Time:  9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's May 21, 2009, calendar, that it be continued until June 18, 2009, at 9:00 a.m., and that time should be excluded between May 21, 2009, and June 18, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

This continuance is sought to permit time for preparation and consultation with government counsel and with Mr. Coyle regarding

alternative courses of action, including possible resolution without trial.

**IT IS SO STIPULATED.**

Dated: May 20, 2009          /s/ William S. Wong
                             WILLIAM S. WONG
                             Assistant United States Attorney
                             Counsel for Plaintiff


Dated: May 20, 2009          /s/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             JIMMY JOSEPH COYLE

**O R D E R**

**IT IS SO ORDERED.**

Dated: May 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time          2