```
DANIEL J. BRODERICK, Bar #89424
Federal Defender

JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JIMMY JOSEPH COYLE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>    Plaintiff, </br></br>  v. </br></br> JIMMY JOSEPH COYLE, </br></br>    Defendant. | No. 2:08-cr-289 MCE </br></br> STIPULATION AND ORDER CONTINUING CASE AND EXCLUDING TIME </br></br> Date:  June 18, 2009 </br> Time:  9:00 a.m. </br> Judge: Hon. Morrison C. England, Jr. |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Todd Leras, acting for Assistant United States Attorney William S. Wong, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's June 18, 2009, calendar, that it be continued until July 30, 2009, at 9:00 a.m., and that time should be excluded between June 18, 2009, and July 30, 2009, pursuant to 18 U.S.C. § 3161(h)(1)(D), Local Code E, and § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

1    This continuance is sought to permit determination of a motion to
2 be filed not later than June 18, 2009, and consultation about a further
3 briefing schedule with the assigned Assistant U.S. Attorney, who is
4 away from the office until June 19, 2009.
5    **IT IS SO STIPULATED.**

7 Dated:  June 17, 2009            /s/ William S. Wong
                                   WILLIAM S. WONG
8                                  Assistant United States Attorney
                                   Counsel for Plaintiff

10
11 Dated:  June 17, 2009            /s/ Jeffrey L. Staniels
                                    Jeffrey L. Staniels
                                    Assistant Federal Defender
12                                  Counsel for Defendant
                                    JIMMY JOSEPH COYLE

14                          **O R D E R**

15
16    **IT IS SO ORDERED.**

17
 Dated: June 23, 2009

                                   _____
                                   MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time      2